**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Soloman HAM, a/k/a Soloman Hamm,
a/k/a Charles Brewer, Defendant–
Appellant.**

No. 02–6522.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 1, 2002.

Soloman Ham, Appellant Pro Se.

Before WILKINS, MOTZ, and
TRAXLER, Circuit Judges.

PER CURIAM.

Soloman Ham appeals the district court's order denying his motion construed as a successive 28 U.S.C.A. § 2255 (West Supp.2002) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Ham,* No. CR–90–53 (E.D.Va. Nov. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*